IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,     )
                              )
            Plaintiff,        )        8:15CR21
                              )
     v.                       )
                              )
MANUEL CARINO,                )        ORDER
                              )
            Defendant.        )
_____)
```

      This matter is before the Court on plaintiff's motion for dismissal (Filing No. 19).  The Court finds the motion should be granted.  Accordingly,

      IT IS ORDERED that plaintiff's motion for leave to dismiss, without prejudice, the indictment herein is granted.  The indictment is dismissed, without prejudice, as to defendant Manual Carino.

      DATED this 28th day of May, 2015.

                        BY THE COURT:

                        /s/ Lyle E. Strom
                        _____
                        LYLE E. STROM, Senior Judge
                        United States District Court